# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON HALPERN, | |
| Plaintiff, | Case No. 2:15-cv-02037-JCM-GWF |
| vs. | **ORDER** |
| GARY THARALDSON, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Extension of Discovery Deadlines (#40) filed April, 2016 and Defendant's Response (#46) filed April 15, 2016.  The Court conducted a hearing on April 18, 2016 and granted a 90-day extension of the discovery deadlines.  Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Extension of Discovery Deadlines (#40) is granted. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery:  **August 1, 2016**
2. Last date to file dispositive motions:  **September 1, 2016**
3. Last date to file joint pretrial order:  **October 1, 2016**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 18th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge