Brian G. Anderson, Esq.
Nevada Bar No. 10500
Andrea M. Champion, Esq.
Nevada Bar No. 13461
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: (702) 222-2525
Fax: (702) 666-9108
bganderson@hollandhart.com
amchampion@hollandhart.com

Matthew J. Smith, Esq. *(Pro Hac Vice)*
Claire Wells Hanson, Esq. *(Pro Hac Vice)*
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Phone: (303) 295-8000
Fax: (303) 295-8261
mjsmith@hollandhart.com
cewellshanson@hollandhart.com

*Attorneys for Defendant Gary Tharaldson*

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JASON HALPERN,<br><br>                         Plaintiff,<br><br>v.<br><br>GARY THARALDSON,<br><br>                         Defendant. | CASE NO.: 2:15-cv-02037-JCM-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |

Pursuant to Local Rule IA 11-6, the undersigned parties hereby stipulate to allow Brian G. Anderson to withdraw as local counsel for Defendant Gary Tharaldson and to substitute Andrea M. Champion as local counsel of record for Mr. Tharaldson.  This withdrawal and substitution will not result in delay of discovery or any hearing in the case. Additionally, no trial setting has been made.

/ / /

1

8750721_1

The parties believe it to be in the best interests of the client, Mr. Tharaldson, to substitute Andrea M. Champion, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as substituted local counsel in this action.

DATED this 10th day of May 2016.

*/s/ Gary Tharaldson*
GARY THARALDSON

Brian Anderson hereby consents to Andrea M. Champion substituting in his stead, and to his withdrawal, as designated local counsel of record for Defendant Gary Tharaldson in the above-entitled matter.

DATED this 10th day of May 2016.

*/s/ Brian G. Anderson*
BRIAN G. ANDERSON

Andrea M. Champion hereby consents to her substitution as designated local counsel of record for Defendant Gary Tharaldson in the above-entitled matter in the place and stead of Brian G. Anderson.

DATED this 10th day of May 2016.

HOLLAND & HART LLP

*/s/ Andrea M. Champion*
Andrea M. Champion
Nevada Bar No. 13461
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendant Gary Tharaldson*

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

2

8750721_1

Matthew J. Smith hereby consents to substitution of Andrea Champion in place of Brian Anderson as designated local counsel of record for Defendant Gary Tharaldson in the above-entitled matter.

DATED this 10th day of May, 2016

        HOLLAND & HART LLP

        */s/ Matthew J. Smith, Esq.*
        Matthew J. Smith, Esq. *(Pro Hac Vice)*
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, Colorado 80202

        *Attorneys for Defendant Gary Tharaldson*

Claire Wells Hanson hereby consents to substitution of Andrea Champion in place of Brian Anderson as designated local counsel of record for Defendant Gary Tharaldson in the above-entitled matter.

DATED this 10th day of May, 2016

        HOLLAND & HART LLP

        */s/ Claire Wells Hanson, Esq.*
        Claire Wells Hanson, Esq. *(Pro Hac Vice)*
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, Colorado 80202

        *Attorneys for Defendant Gary Tharaldson*

APPROVED:

DATED this 11th day of May, 2016

        *[signature: George Foley Jr.]*
        GEORGE FOLEY, JR.
        United States Magistrate Judge

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 10th day of May, 2016, I served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEY** by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

David A. Carroll, Esq.
Anthony J. DiRaimondo, Esq.
Rice Reuther Sullivan & Carroll, LLP
3800 Howard Hughes Pkwy., Suite 1200
Las Vegas, Nevada 89169
Tel: 702-732-9099
Fax: 702-732-7110
dcarroll@rrsc-law.com
adiraimondo@rrsc-law.com

William R. Fried, Esq.*
Marisa A. Leto, Esq.*
Herrick Feinstein LLP
2 Park Avenue
New York, New York 10016
*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff Jason Halpern*

/s/ Yalonda Dekle
An Employee of Holland & Hart LLP

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134

4

8750721_1