**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON HALPERN<br><br>Plaintiff-Appellant,<br>vs.<br><br>GARY THARALDSON<br><br>Defendant-Appellee. | District No. 2:15-cv-02037-JCM-PAL<br><br>U.S.C.A. No. 17-15722 |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 10/31/2018 , issued its judgment AFFIRMING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated August 13, 2019.

James C. Mahan

James C. Mahan
United States District Judge